Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
Timothy W. Brown, Esq. (TB 1008)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: tbrown@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| AHMED ARFA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>vs.<br><br>MECOX LANE LIMITED, NEIL NANPENG SHEN, JOHN J. YING, PAUL BANG ZHANG, ALFRED BEICHUN GU, KELVIN KENLING YU, ANTHONY KAI YIU LO, DAVID JIAN SUN, UBS AG, AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>            Defendants. | Case No.: 1:10-cv-09053 (RWS)<br><br>CLASS ACTION<br><br>**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF THE DOBKIN GROUP TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** |

-----------------------------------------------------------------X

[*Additional caption on following page.*]

1

```
-----------------------------------------------------------X
WALTER P. BRADY, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY              Case No.: 1:11-cv-00034 (RWS)
SITUATED,
                                            CLASS ACTION
          Plaintiffs,

    vs.

MECOX LANE LIMITED, NEIL NANPENG
SHEN, JOHN J. YING, PAUL BANG ZHANG,
ALFRED BEICHUN GU, KELVIN KENLING
YU, ANTHONY KAI YIU LO, DAVID JIAN
SUN, UBS AG, CREDIT SUISSE
SECURITIES (USA) LLC, OPPENHEIMER &
CO. INC., AND ROTH CAPITAL PARTNERS,
LLC,

          Defendants.
-----------------------------------------------------------X
```

Phillip Kim, hereby declares under penalty of perjury:

1. I am an attorney with the Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and before this Court. I make this Declaration in support of the Motion of the Dobkin Group to consolidate the above-captioned actions, to be appointed Lead Plaintiff, and for approval of the Rosen Law Firm, P.A. to serve as Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service by a law firm on December 3, 2010.

3. Attached hereto as Exhibit 2 are true and correct copies of the PSLRA Certifications of the members of the Dobkin Group.

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing the losses of the Dobkin Group in Mecox Lane Limited securities during the Class Period.

      5.      Attached hereto as Exhibit 4 is a copy of the firm resume of the Rosen Law Firm, P.A.

New York, New York

Executed: February 1, 2011

                                                                 /s/ Phillip Kim
                                                                Phillip Kim

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this, the 1st day of February, 2011, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

               /s/ Phillip Kim