UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ARFA, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MECOX LANE LIMITED, NEIL NANPENG SHEN, JOHN J. YING, PAUL BANG ZHANG, ALFRED BEICHUN GU, KELVIN KENLING YU, ANTHONY KAI YIU LO, DAVID JIAN SUN, UBS AG, and CREDIT SUISSE SECURITIES (USA) LLC, <br><br> Defendants. | CIVIL ACTION NO. 10-cv-9053 |
| WALTER P. BRADY, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MECOX LANE LIMITED, NEIL NANPENG SHEN, JOHN J. YING, PAUL BANG ZHANG, ALFRED BEICHUN GU, KELVIN KENLING YU, ANTHONY KAI YIU LO, DAVID JIAN SUN, UBS AG, CREDIT SUISSE SECURITIES (USA) LLC, OPPENHEIMER & CO. INC. and ROTH CAPITAL PARTNERS, LLC, <br><br> Defendants. | CIVIL ACTION NO. 11-cv-0034 |

*Handwritten annotation:* Motion granted, no opposition. So ordered. /s/ RWS/USDJ 3-31-11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/11

## NOTICE OF MOTION AND MOTION OF THE WESTEND GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

PLEASE TAKE NOTICE that the Westend Group (comprised of Westend Partners, L.P. and the Cooper Family Trust) hereby moves the Court to consolidate all future related securities class actions filed against Mecox Lane Limited and other defendants, to be appointed Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, and to approve its selection of the law firms of Kahn Swick & Foti, LLC and Pomerantz Haudek Grossman & Gross, LLP as Co-Lead Counsel for the Class in this action. In support of this Motion, Westend Group submits herewith a Memorandum of Law and supporting materials.

Dated: February 1, 2011

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

/s/ Kim E. Miller
Kim E. Miller
500 Fifth Ave., Suite 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

And

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
206 Covington Street
Madisonville, Louisiana 70447
Telephone (504) 455-1400
Facsimile: (504) 455-1498

**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**
Jeremy A. Lieberman
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**POMERANTZ HAUDEK
GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Westend and Proposed Co-Lead
Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on February 1, 2011.

/s/ Kim E. Miller
Kim E. Miller