UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ARFA, Individually And On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>MECOX LANE LIMITED, NEIL NANPENG SHEN, JOHN J. YING, PAUL BANG ZHANG, ALFRED BEICHUN GU, KELVIN KENLING YU, ANTHONY KAI YIU LO, DAVID JIAN SUN, UBS AG and CREDIT SUISSE SECURITIES (USA) LLC,<br><br>     Defendants. | Civil Action No. 10-civ-9053 (RWS)<br><br>Judge: Hon. Robert W. Sweet<br><br>**NOTICE OF MOTION** |

  PLEASE TAKE NOTICE that upon the annexed Declaration of Howard G. Baker, dated August 1, 2011, and exhibits thereto; Declaration of Xu Shen, dated July 31, 2011, and exhibits thereto; and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (the "Amended Complaint"), dated August 1, 2011, the undersigned, on behalf of Defendants Mecox Lane Limited, Neil Nanpeng Shen, John J. Ying, Paul Bang Zhang, Alfred Beichun Gu, Kelvin Kenling Yu, Anthony Kai Yiu Lo, and David Jian Sun, hereby move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl St., Courtroom 18C, New York, New York, 10007, for an Order dismissing the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

  PLEASE TAKE FURTHER NOTICE, that pursuant to the Order of this Court, plaintiffs' opposition submission, if any, is due on or before September 15, 2011, and defendants' reply submission, if any, is due within thirty (30) days from plaintiffs' service of the opposition papers.

Dated:  August 1, 2011
      New York, New York

                LATHAM & WATKINS LLP

                By:  /s/ Robert J. Malionek
                _____
                David M. Brodsky (david.brodsky@lw.com)
                Robert J. Malionek (robert.malionek@lw.com)
                Howard G. Baker (gregory.baker@lw.com)
                John D. Castiglione (john.castiglione@lw.com)

                LATHAM & WATKINS LLP
                885 Third Avenue, Suite 1000
                New York, NY 10022
                Telephone: (212) 906-1200

                *Attorneys for Defendants Mecox Lane Limited, Neil Nanpeng Shen, John J. Ying, Paul Bang Zhang, Alfred Beichun Gu, Kelvin Kenling Yu, Anthony Kai Yiu Lo, and David Jian Sun*