# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ARFA, Individually And<br>On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>MECOX LANE LIMITED, NEIL NANPENG SHEN, JOHN J. YING, PAUL BANG ZHANG, ALFRED BEICHUN GU, KELVIN KENLING YU, ANTHONY KAI YIU LO, DAVID JIAN SUN, UBS AG, and CREDIT SUISSE SECURITIES (USA) LLC,<br><br>      Defendants. | Civil Action No. 10-cv-9053 (RWS)<br><br>Judge:  Hon. Robert W. Sweet |

## <u>DECLARATION OF KIM E. MILLER</u>

I, Kim E. Miller, an attorney admitted to practice before the United States District Court for the Southern District of New York, submit this declaration in support of Lead Plaintiff Westend's ("Plaintiff") Opposition to Defendants' Motion to Dismiss, dated September 30, 2011, and declare as follows:

1. Attached hereto as Exhibit 1 is a true and correct copy of the Transcript of Proceedings from the motion to dismiss hearing in *In re Virgin Mobile USA IPO Litig.*, 2:07-cv-5619-SDW (D.N.J. March 9, 2009).

2. Attached hereto as Exhibit 2 is a true and correct copy of the motion to dismiss Order from *In re Shoretel Inc.*, No. 08-00271, 2009 WL 248326, (N.D. Cal. Feb. 2, 2009).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge pursuant to 28 U.S.C. § 1746.

Dated: September 30, 2011
        New York, New York

                                                /s/ Kim E. Miller
                                        _____