UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ARFA, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MECOX LANE LIMITED, NEIL NANPENG SHEN, JOHN J. YING, PAUL BANG ZHANG, ALFRED BEICHUN GU, KELVIN KENLING YU, ANTHONY KAI YIU LO, DAVID JIAN SUN, UBS AG, and CREDIT SUISSE SECURITIES (USA) LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 10-cv-9053 (RWS)<br><br>Judge: Hon. Robert W. Sweet<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/6/11 |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of <u>Craig J. Geraci, Jr.</u>, for admission to practice Pro Hac Vice in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of <u>Mississippi and Alabama</u>; and that his contact information is as follows:

　　Craig J. Geraci, Jr.
　　Kahn Swick & Foti, LLC
　　206 Covington Street
　　Madisonville, Louisiana 70447
　　Telephone (504) 455-1400
　　Facsimile: (504) 455-1498
　　Craig.Geraci@ksfcounsel.com

Applicant having requested admission Pro Hac Vice to appear for all purposes for Westend Group (comprised of Westend Partners, L.P. and the Cooper Family Trust) and the Class in the above-titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: 10-5-11

_Sweet_
UNITED STATES DISTRICT JUDGE