UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ARFA, Individually And On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>MECOX LANE LIMITED, NEIL NANPENG SHEN, JOHN J. YING, PAUL BANG ZHANG, ALFRED BEICHUN GU, KELVIN KENLING YU, ANTHONY KAI YIU LO, DAVID JIAN SUN, UBS AG and CREDIT SUISSE SECURITIES (USA) LLC,<br><br>      Defendants. | Civil Action No. 10-cv-9053 (RWS)<br><br>Judge: Hon. Robert W. Sweet<br><br><u>Oral Argument</u>: On a date and at a time designated by the Court. |

## **DECLARATION OF HOWARD G. BAKER**

  I, Howard G. Baker, an attorney admitted to practice before the United States District Court for the Southern District of New York, submit this declaration in support of the Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint by Mecox Lane Limited, Neil Nanpeng Shen, John J. Ying, Paul Bang Zhang, Alfred Beichun Gu, Kelvin Kenling Yu, Anthony Kai Yiu Lo, and David Jian Sun ("Defendants"), dated November 14, 2011, and declare as follows:

  1.  Attached hereto as Exhibit 1 is a true and correct copy of the Consolidated Amended Class Action Complaint from *In re Shoretel, Inc. Securities Litigation,* Civil Action No. 08-0271 (CRB), dated June 27, 2008.

  2.  Attached hereto as Exhibit 2 is a true and correct copy of the Second Consolidated Amended Class Action Complaint from *In re Shoretel, Inc. Securities Litigation,* Civil Action No. 08-0271 (CRB), dated March 2, 2009.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge pursuant to 28 U.S.C. § 1746.

Dated:  November 14, 2011
         New York, New York

                                              /s/ Howard G. Baker
                                  _____