USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3/8/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

AHMED ARFA, individually and on behalf of all other similarly situated,

Plaintiff,

10 CIVIL 9053 (RWS)

-against-

**JUDGMENT**

MECOX LANE LIMITED, NEIL NANPENG SHEN, JOHN J. YING, PAUL BANG ZHANG, ALFRED BEICHUN GU, KELVIN KENLING YU, ANTHONY KAI YIU LO, DAVID JIAN SUN, UBS AG, and CREDIT SUISSE SECURITIES (USA) LLC.,

Defendants.

-------------------------------------------------------------X

Defendants having moved to dismiss Plaintiff's Consolidated Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on March 1, 2012, having rendered its Opinion granting defendants' motion to dismiss the Amended Complaint, and granting leave to replead within twenty day, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 1, 2012, defendant's motion to dismiss the Amended Complaint is granted, and leave to replead within twenty days is granted.

**Dated:** New York, New York
March 8, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ______**