UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ARFA, Individually And On Behalf of All Others Similarly Situated

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10 Civ. 9053 (RWS) ( )

- against -

MECOX LANE LIMITED, NEIL NANPENG SHEN, JOHN J. YING, PAUL BANG ZHANG, ALFRED BEICHUN GU, KELVIN KENLING YU, ANTHONY KAI YIU LO, DAVID JIAN SUN, UBS AG, and CREDIT SUISSE SECURITIES (USA) LLC

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**NOTICE OF APPEAL IN A CIVIL CASE**

Notice is hereby given that Lead Plaintiff Westend Group
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment Granting Defendants' motion to dismiss the Amended Complaint (Docket no. 50) and corresponding Opinion
*(describe the judgment)*
giving reasons therefor (Docket no. 49).

entered in this action on the 9th day of March, 2012.
*(date)  (month)  (year)*

/s/ Kim E. Miller
*Signature*

Kahn Swick & Foti, LLC
*Address*

500 Fifth Ave., Suite 1810, New York, NY 10110
*City, State & Zip Code*

DATED: April 3, 2012

(212) 696 - 3730
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007